## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| THOMAS ALLUM and § <br> KIM ELIZABETH ALLUM § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> WRIGHT NATIONAL FLOOD § <br> INSURANCE COMPANY and § <br> TEXAS DIRECT INSURANCE § <br> AGENCY, L.P. § <br> § <br> Defendants. § | CASE NO. 4:17−cv−03294 |

## NOTICE OF SETTLEMENT

Plaintiffs Thomas Allum and Elizabeth Allum, by counsel, Defendant Wright National Flood Insurance Company, by counsel, and Defendant Texas Direct Insurance Agency, L.P., by counsel, jointly file this Notice confirming that the above-referenced action has been compromised and settled. The parties anticipate that the terms of the settlement will be effectuated, and all associated paperwork will be finalized, within thirty (30) days of today's date and, unless otherwise ordered by the Court, the parties intend to file a fully endorsed Stipulation of Dismissal on or before September 28, 2018.

Dated: August 29, 2018  Respectfully submitted,

**THE WEBSTER LAW FIRM**

BY: */s/ Omar R. Chawdhary*
JASON C. WEBSTER
Texas State Bar No. 24033318
HEIDI O. VICKNAIR
Texas State Bar No. 24046557
OMAR R. CHAWDHARY
Texas Bar No. 24082807
6200 Savoy, Suite 640
Houston, TX 77036
(713) 581-3900
(713) 581-3907 (facsimile)
filing@thewebsterlawfirm.com
ATTORNEYS FOR PLAINTIFFS

**PHELPS DUNBAR LLP**

*/s/ Mary Cazes Greene*
Mary "Amy" Cazes Greene
TBN 24005627
PHELPS DUNBAR LLP
500 Dallas Street • Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
Email: greenea@phelps.com

**BAKER & HOSTETLER, LLP**

/s/   Bradley K. Jones
Bradley K. Jones
Texas State Bar No. 24060041
Federal ID No. 931122
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile:  (713) 751-1717
E-mail:  bkjones@bakerlaw.com

**FREEBORN & PETERS LLP**

/s/  *Alexander S. de Witt*
Alexander S. de Witt
Virginia State Bar No. 42708
Federal ID No. 3087027
411 East Franklin Street, Suite 200
Richmond, VA 23219
Telephone: (804) 644-1300
Facsimile:  (804) 644-1354
E-mail: adewitt@freeborn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, a true copy of the foregoing NOTICE OF SETTLEMENT has been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court' CM/ECF system and/or registered email.

*/s/ Bradley K. Jones*
Bradley K. Jones