IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS ALLUM and<br>KIM ELIZABETH ALLUM<br><br>Plaintiffs,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD<br>INSURANCE COMPANY and<br>TEXAS DIRECT INSURANCE<br>AGENCY, L.P.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CASE NO. 4:17-cv-03294<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own costs.

Signed at Houston, Texas on NOV 29, 2018.

Gray H. Miller
United States District Judge